JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maxwell Olson,<br><br>    Plaintiff,<br><br>v.<br><br>Friday Beers LLC,<br><br>    Defendant. | Case No. 2:24-cv-06654-CBM-SK<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Maxwell Olson and Defendant Friday Beers LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: April 4, 2025

                                                  Hon. Consuello B. Marshall
                                                United States District Judge